In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted January 20, 2015; decided March 31, 2015

Motions for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution. Motions for poor person relief dismissed as academic.

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant.

Submitted February 2, 2015; decided March 31, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

RCM ELMWOOD LLC et al., Respondents, v CAROL NIZNIK, Appellant.

Submitted January 26, 2015; decided March 31, 2015

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for a stay dismissed as academic.

In the Matter of SOLOMON R. MICHAEL R., Respondent. USHER P., Nonparty Appellant.

Decided March 31, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.